IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

vs.   CASE NO. 4:07cv507-SPM/WCS

TROJAN, LABOR READY, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 6) dated January 8, 2008. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed documents (docs. 7, 8, and 9) that the clerk has treated as objections. The documents are unintelligible. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2. Plaintiff's motion to proceed in forma pauperis (doc. 5) is granted.

3.   This case is dismissed for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 24th day of January, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 4:07cv507-SPM/WCS